BENJAMIN LEVINE
BLEVINE@GRSM.COM





ATTORNEYS AT LAW
1 BATTERY PARK PLAZA, 28TH FLOOR
NEW YORK, NEW YORK 10004
PHONE: (212) 269-5500
FAX: (212) 269-5505
WWW.GRSM.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: **6/22/2020**

June 22, 2020

<u>VIA CM/ECF ELECTRONIC FILING</u>

Hon. Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    **Re:**   *Boustead v. Leaping Group Co, Ltd., et. al*.
          **C.A. No. 1:20-cv-03749 (VEC)**

Dear Judge Caproni:

    I am writing to you on behalf of Plaintiff Boustead Securities, LLC ("Boustead") in accordance with the Notice of Pretrial Conference for the Initial Pretrial Conference currently scheduled for June 26, 2020 in the above-captioned matter.

    On June 16, 2020, Boustead effected service on Defendant Leaping Group, Co. Ltd. ("Leaping") by agreement of counsel. Leaping's response to the Complaint is due on July 7, 2020. There has been no appearance by counsel on behalf of Leaping as of this date. Boustead is in the process of serving Defendant ATIF Holdings Limited ("ATIF"), which has been unsuccessful to date a result of office closures.

    Boustead requests a rescheduling of the Initial Pretrial Conference to late July or early August of 2020, which will provide sufficient time to serve ATIF and for Boustead to confer with counsel for Defendants concerning a Civil Case Management Plan. Boustead has filed *pro hac vic*e motions for all counsel that intend to appear on Boustead's behalf, which this Court has allowed.

    Thank you for your attention to this matter. Please do not hesitate to contact me if there is any additional information you require.

Application GRANTED. The initial pretrial conference is adjourned to **August 7, 2020 at 10:00 a.m.** The parties' joint submissions are due by **July 30, 2020.**

SO ORDERED.

*[signature: Valerie Caproni]*

**6/22/2020**

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

Very truly yours,

/s/ *Benjamin Levine*

Benjamin Levine

cc:   All Counsel of Record (via CM/ECF)

ALABAMA ♦ ARIZONA ♦ CALIFORNIA ♦ COLORADO ♦ CONNECTICUT ♦ DELAWARE ♦ FLORIDA ♦ GEORGIA ♦ ILLINOIS ♦ KENTUCKY
LOUISIANA ♦ MARYLAND ♦ MASSACHUSETTS ♦ MICHIGAN ♦ MISSOURI ♦ MONTANA ♦ NEBRASKA ♦ NEVADA ♦ NEW JERSEY
NEW YORK ♦ NORTH CAROLINA ♦ OHIO ♦ OKLAHOMA ♦ OREGON ♦ PENNSYLVANIA ♦ RHODE ISLAND ♦ SOUTH CAROLINA
SOUTH DAKOTA ♦ TENNESSEE ♦ TEXAS ♦ UTAH ♦ VIRGINIA ♦ WASHINGTON ♦ WASHINGTON, DC ♦ WEST VIRGINIA ♦ WISCONSIN