UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUSTEAD SECURITIES, LLC. <br><br> Plaintiff, <br><br> v. <br><br> LEAPING GROUP CO., LTD. and ATIF HOLDINGS LIMITED <br><br> Defendants. | Civil Action No. 1:20-cv-03749-VEC <br><br> **DECLARATION OF COUNSEL CONCERNING SERVICE UPON DEFENDANT ATIF HOLDINGS LIMITED** |

**Michael P. Burke,** declares as follows under the penalties of perjury:

1. I am a partner with the law firm Gordon Rees Scully Mansukhani, LLP, counsel for Plaintiff Boustead Securities, LLC ("Boustead"), and am admitted *pro hac vice* in the United States District Court for the Southern District of New York for purposes of this Action. I have personal knowledge of the facts stated herein.

2. On July 31, 2020, Boustead filed a motion to serve Defendant ATIF Holdings Limited ("ATIF") by alternative means. *See* D.E. 33.

3. On August 27, 2020, the Court granted Boustead's motion and ordered that Boustead serve ATIF via registered mail to: (i) ATIF's registered agent in California, (ii) the California Secretary of State, and (iii) John Yung at Lewis Brisbois. *See* D.E. 36.

4. Boustead has completed service by mail upon ATIF through the three (3) methods required by the Court's August 27, 2020 Order. A copy of the cover letter accompanying the mailed Complaint and Summons is attached hereto as **Exhibit A**.

5. The return receipt for the Complaint and Summons mailed to ATIF's registered agent's office in California is attached hereto as **Exhibit B**.

6. Boustead has not received the return receipt for mailing to the California Secretary of State as of the date of this filing. To confirm delivery, I utilized the package tracking feature on the United States Postal Service's website. The printout from the USPS website confirming delivery to the California Secretary of State on September 8, 2020 is attached hereto as **Exhibit C**. Boustead will supplement this filing with the return receipt once it has been received.

7. Boustead also has not received the return receipt for mailing to John Yung at Lewis Brisbois as of the date of this filing. I confirmed delivery through the USPS website through the same process as described in paragraph 6 above. The printout from the USPS website confirming delivery to John Yung at Lewis Brisbois on September 8, 2020 is attached hereto as **Exhibit D**. Boustead will supplement this filing with the return receipt once it has been received.

I declare under the penalties of perjury that the foregoing is true and accurate.

DATED: September 15, 2020

/s/ Michael P. Burke_____
Michael P. Burke