SALVATORE P. SCUDIERI
SSCUDIERI@GRSM.COM
(857) 504-2024



ATTORNEYS AT LAW
21 CUSTOM HOUSE STREET, 5TH FLOOR
BOSTON, MA 02110
PHONE: (857) 263-2000
FAX: (857) 264-2836
WWW.GRSM.COM

August 31, 2020

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

ATIF Holdings Limited
8577 Haven Ave Suite #301
Rancho Cucamonga, CA 91730

California Secretary of State
1500 11th Street
Sacramento, CA 95814

John P. Yung, Esq.
Lewis Brisbois Bisgaard & Smith LLP
2020 West El Camino Avenue
Suite 700
Sacramento, CA 95833

      Re:    **Boustead Securities, LLC v. Leaping Group Co., Ltd et al**
              **Civil Action No. 1:20-cv-03749-VEC**

Dear Sir or Madam:

    In accordance with the enclosed August 27, 2020 Order allowing for alterative service on ATIF, enclosed please find a copy of the Complaint, and Summons for the above-captioned matter.

    Thank you for your attention to this matter.

                      Very truly yours,

                      *Salvatore P. Scudieri*

                      Salvatore P. Scudieri
                      Senior Case Assistant

Enclosure