**ALERT: STAY UPDATED ON POST OFFICE CLOSURES AND SERVICE DISRUPTIONS DUE TO S…**

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70192280000222217472

Your item was delivered at 11:16 am on September 8, 2020 in SACRAMENTO, CA 95813.

## ✓ Delivered

September 8, 2020 at 11:16 am
Delivered
SACRAMENTO, CA 95813

Get Updates ∨

Feedback

---

**Text & Email Updates**                                    ∨

---

**Tracking History**                                         ∧

**September 8, 2020, 11:16 am**
Delivered
SACRAMENTO, CA 95813
Your item was delivered at 11:16 am on September 8, 2020 in SACRAMENTO, CA 95813.

---

**September 8, 2020, 10:29 am**
Arrived at Unit
SACRAMENTO, CA 95813

**September 5, 2020, 9:31 am**
Delivery Attempted - No Access to Delivery Location
SACRAMENTO, CA 95814

**September 4, 2020, 7:19 pm**
Departed USPS Regional Facility
SACRAMENTO CA DISTRIBUTION CENTER

**September 4, 2020**
In Transit to Next Facility

**September 4, 2020, 9:51 am**
Arrived at USPS Regional Facility
SACRAMENTO CA DISTRIBUTION CENTER

**September 1, 2020, 11:24 pm**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER



Feedback

**Product Information** ⌄

See Less ⌃

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**