ALERT: STAY UPDATED ON POST OFFICE CLOSURES AND SERVICE DISRUPTIONS DUE TO S…

# USPS Tracking®

FAQs >

**Track Another Package +**

Remove ✕

**Tracking Number:** 70192280000222217489

Your item was delivered at 11:12 am on September 8, 2020 in SACRAMENTO, CA 95813.

## ⊘ Delivered

September 8, 2020 at 11:12 am
Delivered
SACRAMENTO, CA 95813

Feedback

Get Updates ⌄

---

Text & Email Updates                                                              ⌄

---

Tracking History                                                                  ⌃

September 8, 2020, 11:12 am
Delivered
SACRAMENTO, CA 95813
Your item was delivered at 11:12 am on September 8, 2020 in SACRAMENTO, CA 95813.

---

September 8, 2020, 10:25 am
Available for Pickup
SACRAMENTO, CA 95813

---

**September 8, 2020, 10:23 am**
Out for Delivery
SACRAMENTO, CA 95813

**September 8, 2020, 10:12 am**
Arrived at Unit
SACRAMENTO, CA 95813

**September 7, 2020**
In Transit to Next Facility

**September 4, 2020, 8:42 pm**
Departed USPS Regional Facility
SACRAMENTO CA DISTRIBUTION CENTER

**September 4, 2020, 9:49 am**
Arrived at USPS Regional Facility
SACRAMENTO CA DISTRIBUTION CENTER

Feedback

**September 1, 2020, 11:26 pm**
Arrived at USPS Regional Facility
PROVIDENCE RI DISTRIBUTION CENTER

## Product Information

**Postal Product:**

**Features:**
Certified Mail™

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback