```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BOUSTEAD SECURITIES, LLC., :
:
                        Plaintiff, :
:
               -against- : 20-cv-3749 (VEC)
:
LEAPING GROUP CO., LTD. AND ATIF : ORDER
HOLDINGS LIMITED, :
:
                       Defendants. :
------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 6, 2020, Defendant ATIF Holdings Ltd. filed a motion to dismiss (Dkts. 41, 46);

      WHEREAS on October 9, 2020, the Court directed Plaintiff to respond to the motion or amend its complaint by November 10, 2020 (Dkt. 44);

      WHEREAS on November 10, 2020, Plaintiff filed an Amended Complaint (Dkt. 50);

      IT IS HEREBY ORDERED that Defendant ATIF's motion to dismiss is DENIED as moot. An initial pretrial conference will be held on **December 18, 2020 at 10:00 a.m.** The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171 and the security code 3749. No later than **December 10, 2020**, the parties must submit a joint proposed case management plant and joint letter. The joint letter must be no more than five pages and must address the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the basis for subject matter jurisdiction; and (4) the prospect for settlement.

      The Clerk of Court is respectfully directed to close the open motion at docket entry 46.

SO ORDERED.

Date:  November 11, 2020
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**