UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUSTEAD SECURITIES, LLC.<br><br>Plaintiff,<br><br><br><br><br>LEAPING GROUP CO., LTD. and<br>ATIF HOLDINGS LIMITED<br><br>Defendants. | Civil Action No. 1:20-cv-03749-VEC<br><br>**NOTICE OF PLAINTIFF BOUSTEAD SECURITIES, LLC'S MOTION FOR ALTERNATIVE MEANS OF SERVICE ON DEFENDANT LEAPING GROUP CO., LTD. AND FOR EXTENSION OF DEADLINE TO EFFECT SERVICE** |

**PLEASE TAKE NOTICE THAT,** upon Plaintiff's, Boustead Securities, LLC ("Boustead") accompanying Memorandum of Law in Support of its motion for alternative means of service on Defendant Leaping Group Co., Ltd. ("Leaping") pursuant to Fed. R. Civ. P. 4(f)(3), and for an extension of the deadline for Boustead to effect service on Leaping, and upon the Declaration of Jack I. Siegal, Esq., and all accompanying exhibits, Boustead, by and through its counsel, McGlinchey Stafford, PLLC, shall move this Court before the Honorable Valerie E. Caproni, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 40 Foley Square, Courtroom 705, New York, New York 10007, on a date and at a time to be set by the Court, for an Order pursuant to Federal Rules of Civil Procedure 4(f)(3) granting Boustead's motion to permit alternative means of service on Leaping, and for an extension of the deadline for Boustead to effect service on Leaping, and granting such other and further relief as the Court may deem just and proper.

**PLEASE TAKE FURTHER NOTICE** that, in accordance with Local Rule 6.1(a), opposition papers to this motion shall be served within seven days after service of the moving papers, and reply papers shall be served within two days after service of the answering papers.

1

<u>DATED:</u> November 19, 2020

                        By: <u>*/Jack I. Siegal/*</u>
                        Jack I. Siegal, *pro hac vice*
                        Jameson Pasek, *pro hac vice*
                        MCGLINCHEY STAFFORD, PLLC
                        One Boston Place, Suite 2910
                        Boston, MA 02108
                        (857) 453-7152 – Phone
                        (617) 830-8385 – Fax
                        jsiegal@mcglinchey.com
                        jpasek@mcglinchey.com

                        Ashley "Asher" A. Klein #4733572
                        MCGLINCHEY STAFFORD, PLLC
                        12 West 34th Street, Suite 1515
                        New York, NY 10120
                        (646) 362-4061 – Phone
                        (646) 365-2091 – Fax
                        aklein@mcglinchey.com
                        Attorneys for Plaintiff, BOUSTEAD SECURITIES, LLC

## CERTIFICATE OF SERVICE

Asher A. Klein, an attorney duly admitted to practice before this Court, certifies that on November 19, 2020, he caused the Notice of Motion, Declaration of Jack I. Siegal, Esq., and accompanying exhibits and the Memorandum of Law to be filed and served via ECF.

> _/s/Asher A. Klein_
> Ashley "Asher" A. Klein, Esq.