UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BOUSTEAD SECURITIES, LLC.<br><br>Plaintiff,<br><br><br><br><br>LEAPING GROUP CO., LTD. and<br>ATIF HOLDINGS LIMITED<br><br>Defendants. | Civil Action No. 1:20-cv-03749-VEC<br><br>**DECLARATION OF JACK IRVING SIEGAL IN SUPPORT OF PLAINTIFF BOUSTEAD SECURITIES, LLC'S MOTION FOR ALTERNATIVE MEANS OF SERVICE ON DEFENDANT LEAPING GROUP CO., LTD. AND FOR EXTENSION OF DEADLINE TO EFFECT SERVICE** |

**Jack Irving Siegal,** declares as follows under the penalties of perjury:

1.   I am a partner with the law firm McGlinchey Stafford, PLLC, successor counsel for Plaintiff Boustead Securities, LLC ("Boustead"), and am admitted *pro hac vice* in the United States District Court for the Southern District of New York for purposes of this Action. I have personal knowledge of the facts stated herein.

2.   I submit this declaration in support of Boustead's motion for alternative means of service on Defendant Leaping Group Co., Ltd. ("Leaping") and for an extension of the deadline for Boustead to effect service on Leaping so that Boustead can avail itself of the Hague Convention procedures.

3.   On May 15, 2020, Boustead filed its original Complaint against Defendants Leaping Group Co., Ltd. ("Leaping") and ATIF Holdings Limited ("ATIF") in this Action. (Docket Entry 5).  On May 21, 2020, the Court issued electronic summons to Leaping and ATIF.  (Docket Entry 9 and 10). Upon information and belief, ATIF owns the majority interest in Leaping. (Docket Entry 5, Complaint, Para. 42).

4.   Boustead's efforts to serve Leaping after May 21, 2020 are addressed in part in

1

this Court's October 22, 2020 Opinion and Order, which ruled, on Leaping's motion, that Boustead had failed to effect service on Leaping, but held dismissal of the action in abeyance for sixty days to allow Boustead to serve Leaping. (Docket Entry 45).

5. Before October 22, 2020 and since, Boustead has been unable to locate any domestic U.S. agent, office or registration with any state by Leaping pursuant to which it can serve the summons and complaint in accordance with Fed. R. Civ. P. 4.

6. ATIF, on the other hand, has a physical office in Rancho Cucamonga, California, which made alternative domestic service a viable option.

7. In short, the same alternative service methods that the Court deemed sufficient to satisfy Due Process are not available for service on Leaping.

8. Leaping and ATIF are represented by the same counsel in this action (Lewis Brisbois). Based upon the prior Declaration of Michael Burke, ATIF/Leaping's counsel will not disclose whom if anyone in the United States Boustead can serve with the summons and complaint. (Docket Entry 35).

9. Since October 22, 2020, Boustead has retained Chinese counsel (Yaxing Zhang, of the Beijing Han Kun Law Office) to provide Leaping with a copy of the summons and complaint, which occurred on November 12, 2020. Attached as Exhibit A is a copy of the proof of delivery and a letter from the Han Kun Law Office concerning delivery.

10. Chinese counsel is also assisting with Boustead proceeding through the Hague Convention and the Chinese Ministry of Justice, which process is ongoing.

I declare under the penalties of perjury that the foregoing is true and accurate.

DATED: November 19, 2020

> By: */Jack I. Siegal/*
> Jack I. Siegal, *pro hac vice*
> Jameson Pasek, *pro hac vice*
> MCGLINCHEY STAFFORD, PLLC
> One Boston Place, Suite 2910
> Boston, MA 02108
> (857) 453-7152 – Phone
> (617) 830-8385 – Fax
> jsiegal@mcglinchey.com
> jpasek@mcglinchey.com
>
> Ashley "Asher" A. Klein #4733572
> MCGLINCHEY STAFFORD, PLLC
> 12 West 34th Street, Suite 1515
> New York, NY 10120
> (646) 362-4061 – Phone
> (646) 365-2091 – Fax
> aklein@mcglinchey.com
> Attorneys for Plaintiff, BOUSTEAD SECURITIES, LLC