# EXHIBIT A

中国北京市东城区东长安街 1 号东方广场 C1 座 9 层  100738
电话: +86 10 8525 5500   传真: +86 10 8525 5511 / 8525 5522
北京 · 上海 · 深圳 · 香港
www.hankunlaw.com



*通过邮政快递*
*By Express Mail (EMS)*

| | |
|---|---|
| 致/To: | 越众集团有限公司/ Leaping Group Co., Ltd. |
| 地址/Add: | 中国辽宁省沈阳市铁西区建设东路158号华润铁西中心 2010 室/ Room 2010, Huaruntiexi Centre, No.158, Jianshe East Road, Tiexi District, Shenyang City, Liaoning Province, China |
| 自/ From: | 北京市汉坤律师事务所、宝德证券有限公司/ Beijing Han Kun Law Office, Boustead Securities, LLC. |
| 日期/ Date: | 2020 年 11 月 12 日/ 12 November 2020 |
| 关于/Re: | 美国法院传票等文件/ U.S. Court Documents Including Summons, etc. |

敬启者:

Dear Sir/Madam,

还请查收本函及随附文件：1.发送给 Leaping Group Co., Ltd 的法院传票（案号：20-CV-3749 (VEC)）；2.原始起诉状及证据；3.第一次修正起诉状及证据。

Enclosed are 1. Summons to Leaping Group Co., Ltd. (No. 20-CV-3749 (VEC)); 2. Original Complaint with exhibits; 3. First Amended Complaint with exhibits.

如有任何问题，请与张亚兴律师、郭润华律师联系:

For any issues in relation to this Letter, please contact Zhang Yaxing and Guo Runhua of Beijing Han Kun Law Office.

地址：北京市东城区东长安街 1 号东方广场 C1 座 9 层

Address: 9/F, Office Tower C1, Oriental Plaza, 1 East Chang An Avenue, Beijing, P. R. China

电话：010-8525 5500

---

保密提示: 本文件仅致上述列明之收件人且其内容可能包含应予保密的信息。如阁下并非本文件写明之收件人或授权收件人，敬请切勿复制、复印、使用或传播本文件或其任何内容，亦请切勿依本文件之任何内容而采取任何行动。如有上述情况发生或收到之文件不清或有缺失，敬请立即通过电话、电邮或传真与本所联系并归还本文件。多谢合作。

HAN KUN
汉 坤 律 师 事 务 所
Han Kun Law Offices

Phone：010-8525 5500

电子邮箱：yaxing.zhang@hankunlaw.com; runhua.guo@hankunlaw.com

E-amil: yaxing.zhang@hankunlaw.com; runhua.guo@hankunlaw.com

传真：010-8525 5511

Fax：010-8525 5511

Beijing Han Kun Law Office

北京市汉坤律师事务所

12 November, 2020
2020 年 11 月 12 日

2

# EMS 全球邮政特快专递 / WORLDWIDE EXPRESS MAIL SERVICE

国内标准快递
客服电话：11183
网站：www.ems.com.cn

单号：1025789502932 BJ王府井

## ① 寄件人信息：
- 寄件人：郭润年
- 电话/手机：010-85255500
- 单位名称：汉坤律师事务所
- 客户代码：106053
- 地址：北京市东城区东长安街1号东方广场C1办公楼906室
- 邮编：100738

## ② 收件人信息：
- 收件人：姜波、姜涛
- 电话/手机：024-22598763
- 单位名称：越众集团有限公司 / Leaping Group Co., Ltd.
- 地址：辽宁省沈阳市铁西区建设东路158号华润铁西中心201室

## ④ 附加服务
- ☐ 妥投短信  ☑ 实物返单
- ☑ 电子返单  ☐ 其它
- ☐ 代收货款

## ⑤ 寄递费用
邮费、保价费、封装费、其他费用、费用合计、投递应收寄递费

## ⑥ 付款方式
- ☐ 寄件人付  ☐ 收件人付
- ☐ 刷卡  ☐ 月结
- ☐ 第三方付费  ☐ 现金

## ⑦ 揽投员信息
- 收寄人员：白云飞
- 投递人员：

## ⑧ 寄件人签署
签名：郭润年
2019 年 月 日 时

## ⑨ 收件人签收
签名：
证件号码：
年 月 日 时
备注：无物退回

1025789502932

18年11月印制 国家邮政局监制 浙江英织华印刷股份有限公司承印

# EMS 全球邮政特快专递 / WORLDWIDE EXPRESS MAIL SERVICE

**国内标准快递**
客服电话：11183
网站：www.ems.com.cn

条码号：1025789502932 BJ王府井

## ① 寄件人信息：
- 寄件人：郭润年
- 电话/手机：010-85255500
- 单位名称：汉坤律师事务所
- 客户代码：106053
- 地址：北京市东城区东长安街1号东方广场C1办公楼906室
- 邮编：100738

## ② 收件人信息：
- 收件人：姜波、姜涛
- 电话/手机：024-22598763
- 单位名称：越尔集团有限公司 / Leaping Group Co., Ltd.
- 地址：辽宁省沈阳市铁西区建设东路158号车间铁西中心206室

## ③ 邮件详细说明：
- 内件品名：☑ 文件资料

## ④ 附加服务：
- ☑ 实物返单

## ⑧ 寄件人签署：
签名：郭润年
2019 年 月 日 时

## ⑨ 收件人签收：
备注：实物返单
1025789502932

收寄人员：白云飞