

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Brian.Pete@lewisbrisbois.com
Direct: 212.232.1363

December 8, 2020

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/8/2020
```

**VIA ECF**

Hon. Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: Boustead v. Leaping Group Co., Ltd., et al.
     20-Civ-03749 (VEC)

Dear Judge Caproni:

  We represent Defendant ATIF Holdings ("ATIF") in the above matter. We write with the consent of Plaintiff to request an adjournment of the Initial Conference presently scheduled for December 18. This adjournment is requested because ATIF's fully dispositive motion to dismiss will be pending as of today and the other defendant in this matter has not been served.

  On November 10, Plaintiff filed an Amended Complaint in response to ATIF's motion to dismiss (Dkt. No. 50). ATIF will be renewing its motion to dismiss, which is fully dispositive, on December 8 pursuant to the Court's November 30 Order (Dkt. No. 58). Additionally, defendant Leaping Group Co., Ltd. ("Ltd.") has yet to be served and Plaintiff's motion for alternative service on Leaping (Dkt. No. 54) is pending and not yet fully briefed. As such, it is respectfully submitted that the initial conference should be adjourned until the outstanding motions are resolved and it is determined which defendants will be in the case.

  Thank you for your attention to this matter.

                Respectfully,

                /s/ Brian Pete

                Brian Pete of
                LEWIS BRISBOIS BISGAARD & SMITH LLP

BP

cc: All counsel of record (via ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

4821-9554-4788.1

Application GRANTED in part. The initial pretrial conference is adjourned to **January 29, 2021 at 10:30 a.m.** The parties' joint letter is due by **January 21, 2021**. The parties must appear for the conference by dialing 888-363-4749, using the access code 3121171, and the security code 3749

SO ORDERED.

*[signature: Valerie Caproni]*

12/8/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE