```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/28/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
BOUSTEAD SECURITIES, LLC.,                                     :
                                                               :
                              Plaintiff,                       :
                                                               :
              -against-                                        :      20-cv-3749 (VEC)
                                                               :
LEAPING GROUP CO., LTD. and ATIF                               :      <u>ORDER</u>
HOLDINGS LIMITED,                                              :
                                                               :
                              Defendants.                      :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 28, 2021, Plaintiff filed its Second Amended Complaint against Defendants Leaping Group Co., Ltd. and ATIF Holdings Limited, *see* Dkt. 115;

WHEREAS on January 18, 2022, Defendant ATIF Holdings Limited moved to dismiss Plaintiff's Second Amended Complaint, *see* Dkt. 117;

IT IS HEREBY ORDERED that discovery is STAYED pending resolution of Defendant ATIF Holdings Limited's motion to dismiss.

**SO ORDERED.**

Date:  February 28, 2022                                          _____
       New York, NY                                               **VALERIE CAPRONI
                                                                  United States District Judge**