```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/07/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BOUSTEAD SECURITIES, LLC,

                       Plaintiff,        Case No.: 1:20-cv-03749-VEC

      -against-              **DEFAULT JUDGMENT**

LEAPING GROUP CO., LTD. and ATIF
HOLDINGS LIMITED,

                       Defendants.
------------------------------------------------------------------X

      This action having been commenced by Plaintiff, Boustead Securities, LLC ("**Plaintiff**"), on May 14, 2020 by the filing of a Summons (the "**Summons**") (PACER Dkt. No. 10) and an original Complaint (the "**Complaint**") (PACER Dkt No. 5); a First Amended Complaint (the "**First Amended Complaint**") having been filed on November 13, 2020 (PACER Dkt. No. 53); copies of the Summons and First Amended Complaint having been served upon Defendant, Leaping Group Co., Ltd. ("**Leaping**"), on March 15, 2021, by personally serving one "John Doe", an unidentified employee of Defendant Leaping, whose identity and description are set forth as "Not mentioned", and whose relationship to Defendant Leaping is set forth as "Employee of the company" in Plaintiff's Proof of Service filed on July 22, 2021 (PACER Dkt. No. 81); a Second Amended Complaint (the "**Second Amended Complaint**") having been filed on December 28, 2021 (PACER Dkt. No. 115); a copy of the Second Amended Complaint having been served upon Leaping on December 28, 2021 by Federal Express addressed to Leaping Group Co., LTD., #2010 Huaruntiexi Center, Tiexi District, Shenyang, Liaoning Province, People's Republic of China, and by email to jiangbo@mediayz.com and zhangting@mediayz.com, and a Certificate of Service having been filed on December 28, 2021 evidencing same (PACER Dkt. No. 116); and, Leaping having failed to answer or otherwise respond to the Second Amended Complaint and the time for answering or otherwise responding to the Second Amended Complaint having expired, it is hereby:

**ORDERED**, that Plaintiff is awarded Default Judgment against Defendant Leaping;

**ORDERED**, that Defendant Leaping pay to Plaintiff actual damages in an amount to be determined at an inquest and/or trial of this matter;

~~**ORDERED**, that Defendant is to pay $400.00 in costs pursuant to Fed. R. Civ. P. Rule 54(d)(1);~~

~~**ORDERED**, that Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961; and it is further~~

**ORDERED**, that the Court shall retain jurisdiction over any matter pertaining to this Judgment.


Dated: __November 7__, 2022
       New York, New York

                                        ENTERED:

                                        _____
                                        Valerie E. Caproni
                                        United States District Judge