**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
BOUSTEAD SECURITIES, LLC,

                          Plaintiff,                         20 **CIVIL** 3749 (VEC)

         -against-                                  <u>**JUDGMENT**</u>

LEAPING GROUP CO., TLD. & ATIF HOLDINGS
LTD.,

                        Defendants.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated October 24, 2025, and the Court's Amended Order dated October 28, 2025, the R&R is adopted in full, and damages are awarded in the amount of $794,062 plus prejudgment interest. CPLR § 5001 governs prejudgment interest, which should be determined using the principal amount of $794,062. Prejudgment interest should be calculated starting April 22, 2020, which is "the earliest ascertainable date the cause of action existed," see CPLR § 5001(b), and at a rate of 9% per annum, see Dkt. 199 (citing CPLR §§ 5001, 5004) amounting to $394,529.16 in total interest. Because the R&R gave the parties adequate warning, see Dkt. 199 at 14, the failure to file any objections to the R&R precludes appellate review of this decision, see Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002) ("Where parties receive clear notice of the consequences, failure timely to object to a magistrate's report and recommendation operates as a waiver of further judicial review of the magistrates decision."). Judgment is entered for Boustead in the amount of $794,062 plus prejudgment interest of $394,529.16 per the above instructions, and the case is closed.

**Dated:**  New York, New York

October 28, 2025

**TAMMI M. HELLWIG**

_____

**Clerk of Court**

**BY:**

_____

**Deputy Clerk**
